

**CAUSE NO. 12-14-00282-CR**
**CAUSE NO. 12-14-00283-CR**

**IN THE COURT OF APPEALS**

**TWELFTH COURT OF APPEALS DISTRICT**

**TYLER, TEXAS**

| | | |
|---|---|---|
| **GENEVA DORIS VASQUEZ,** | **}** | **APPEALED FROM 159TH DISTRICT COURT** |
| **APPELLANT** | | |
| **V.** | **}** | **IN AND FOR** |
| **THE STATE OF TEXAS,** | **}** | **ANGELINA COUNTY, TEXAS** |
| **APPELLEE** | | |

**ORDER**

Came on for review the status of the instant appeals, and the same having been considered, it appears that Appellant is not currently represented by counsel.

On September 26, 2014, the Docketing Statement was due to be filed. TEX. R. APP. P. 32.2. On October 2, 2014, this Court notified Appellant that a Docketing Statement was to be filed and gave her until October 13, 2014, to file it. Thereafter, when no Docketing Statement was filed, Appellant was again notified on October 16, 2014, that the Docketing Statement was past due and was given until October 27, 2014, to file a Docketing Statement. As of the date of this Order, no satisfactory response has been received.

Pursuant to TEX. R. APP. P. 32.2 it is ORDERED that the Honorable Paul E. White, Judge of the 159th District Court of Angelina County, shall immediately conduct a hearing to determine the cause of Appellant's failure to file the Docketing Statement and whether the Appellant has abandoned the appeals.

It is FURTHER ORDERED that the trial court determine whether: (1) Appellant is indigent and entitled to the appointment of counsel on appeal; (2) Appellant has sufficient funds to retain counsel; or (3) Appellant desires to represent herself on appeal.

It is ADDITIONALLY ORDERED that once findings are made as to the above issues, the trial court shall appoint counsel, give Appellant an appropriate deadline for retaining counsel,

<span style="color:red">FILE COPY</span>

or administer the appropriate warnings concerning the dangers of self-representation, in accordance with its findings and the court shall also take necessary action to insure the prompt filing of the Docketing Statement with this Court.

It is FINALLY ORDERED that a supplemental record containing the court's findings of fact and conclusions of law and any appropriate order(s) attendant thereto be certified to this Court on or before **December 4, 2014**.

**WITNESS** the Honorable James T. Worthen, Chief Justice of the Court of Appeals, 12th Court of Appeals District of Texas, at Tyler.

**GIVEN UNDER MY HAND AND SEAL OF SAID COURT**, at my office this 4th day of November 2014, A.D.



CATHY S. LUSK, CLERK
12TH COURT OF APPEALS

By: *Katrina McClenny*
Katrina McClenny, Chief Deputy Clerk